No. 01–6378.  GONZALEZ-GUERRERO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6379.  FARAHKHAN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–6380.  HERNANDEZ *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 01–6381.  SUTHERS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–6384.  PATTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6385.  ORTIZ-VALDEZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–6388.  MACIN-HERRERA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6389.  MATHIS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–6391.  PERLA-BENITEZ *v.* UNITED STATES; OLVERA-RICO *v.* UNITED STATES; RODRIGUEZ-RODRIGUEZ, AKA PEREZ FLORES *v.* UNITED STATES; and SOTO-OLIVARES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 263 F. 3d 164 (third judgment) and 165 (first, second, and fourth judgments).

No. 01–6393.  CABADA-NAVARRETE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6394.  SWANSON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 01–6399.  WILLIE *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 01–6401.  VASQUEZ-AREGUIN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6402.  THURMAN *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.